# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1004
_____

| | | |
|---|---|---|
| Anthony Pratt, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Corrections Corporation of America | * | District of Minnesota. |
| Corporate Headquarters; Prairie | * | |
| Correctional Facility; Darin Swenson; | * | [UNPUBLISHED] |
| Patrick O'Malley; W. Waldum; | * | |
| P. Ronnings, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 9, 2004
Filed: August 13, 2004
_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Inmate Anthony Pratt appeals the 28 U.S.C. § 1915A(b)(1) dismissal of his 42 U.S.C. § 1983 action. Upon de novo review, we conclude that the district court[1] correctly dismissed Pratt's access-to-courts claim because he did not allege that

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

defendants prevented him from asserting a claim in a "criminal appeal, postconviction matter, or civil rights action seeking to vindicate basic constitutional rights." <u>See</u> <u>Sabers v. Delano</u>, 100 F.3d 82, 84 (8th Cir. 1996) (per curiam). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We deny Pratt's pending motions as moot.

_____